384 A.2d 997

Higbee Corporation, et al., Appellants, v. Duckworth.

Argued November 14, 1977. David M. Priselac, for appellants; J. Libenson, with him William John Chapas and Frank R. Bolte, for appellee.

Order affirmed.

---

384 A.2d 997

Johnston v. Hupp, et al., Appellants.

Argued November 21, 1977. James A. McGregor, Jr., with him Reed, Sohn, Reed & Kunselman, for appellants; Frank C. Lewis, with him Hudacsek & Lewis, for appellee.

Judgment affirmed.